IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30840
Summary Calendar
_____


CHERYL LOU LAVIGNE,

                                                    Plaintiff-Appellant,

versus

LIBERTY LIFE INSURANCE COMPANY;
WILLIAM R. MEEKS,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court for
the Middle District of Louisiana
(USDC No. 99-CV-992)
_____

February 1, 2001

Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:[*]

        Cheryl Lou Lavigne appeals pursuant to a certification ruling under 28 U.S.C.

§ 1292(b).  Because she failed to request permission to appeal pursuant to Fed. R. App.

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

P. 5 and because she failed to comply with the timeliness requirements of § 1292(b), we dismiss her appeal for lack of jurisdiction.

DISMISSED.